No. 6684.—BARRETO, apldo., *v.* ALEMAÑY, aplte.—C. D. San Juan. Mayo 29, 1934.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

No estando debidamente autenticadas las constancias del récord en que se basa la moción de desestimación y aunque lo estuvieran no apareciendo que sea claramente frívolo el recurso por lo menos en lo que se refiere al pronunciamiento de la sentencia apelada relativo a las costas, por el cual se impuso al demandado el pago de ciento cincuenta dólares que se pactó en la escritura de hipoteca, "para gastos, costas y honorarios de abogado, que han convenido expresamente los deudores en satisfacerle como indemnización a su acreedor, *en caso de que se inicie la ejecución de la hipoteca,*" (bastardillas nuestras) cuando el procedimiento seguido no fué un pleito sobre ejecución de hipoteca, se declara sin lugar la moción de desestimación.

No. 6210.—SOLLA, aplte., *v.* VDA. DE MARÍN, ET ALS., apldos.— C. D. San Juan. Marzo 21, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la sola asistencia de la parte promovente, examinado el escrito de oposición radicado por el apelante, y apareciendo que el escrito de apelación no ha sido notificado a doña Petra B. Vda. de Marín, uno de los demandados cuya rebeldía había sido anotada después de citación por edictos, y quien resulta parte interesada en el presente recurso de apelación entablado con el propósito de revocar una sentencia que desestimó la demanda en cuanto a sus codemandados y fiadores, se desestima la apelación interpuesta contra la sentencia que dictó la Corte de Distrito de San Juan en octubre 7, 1932.